DISMISS; Opinion issued January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00961-CV

### EMMANUEL AND FRENCHELL SCOTT, Appellants

### V.

### EVERHOME MORTGAGE COMPANY, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-06091-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

On July 12, 2012, appellants filed a notice of appeal in this case. On October 9, 2012, appellee filed a motion to dismiss the appeal because it was moot. On October 22, 2012, we ordered appellants to respond to the motion to dismiss within ten days. Appellants have not responded or otherwise communicated with this Court regarding their appeal.

Accordingly, we **GRANT** appellee's October 9, 2012 motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

120961F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EMMANUEL AND FRENCHELL SCOTT, Appellants

No. 05-12-00961-CV     V.

EVERHOME MORTGAGE COMPANY, Appellee

Appeal from the County Court at Law No. 3 of Dallas County, Texas. (Tr.Ct.No. CC-11-06091-C).
Opinion delivered per curiam before Chief Justice Wright and Justices Francis and Lang-Miers.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee Everhome Mortgage Company recover its costs of this appeal from appellants Emmanuel and Frenchell Scott.


Judgment entered January 3, 2013.


_____
CAROLYN WRIGHT
CHIEF JUSTICE